IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| VICTOR JACKSON, | § | |
| Institutional ID No. 03334170, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:24-CV-53-BV |
| | § | |
| BRENT RUEBENSAM, | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

An "Order of Partial Dismissal" was filed in this case. In accordance with Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds that there is no just reason for delay and directs entry of judgment as to these claims only.

It is, therefore, **ORDERED** that Plaintiff's claims against (1) Jennifer Brown, Jessica Marsh, James Winckler, and Detective Armstrong for failure-to-investigate, and (2) James Winckler and Detective Armstrong for conspiracy, as more fully described in the Order, are hereby **DISMISSED** with prejudice. This is a final judgment as to these claims and Defendants only.

**SO ORDERED.**

Dated: July 31, 2025.

AMANDA 'AMY' R. BURCH
UNITED STATES MAGISTRATE JUDGE