UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

VICTOR JACKSON,
Institutional ID No. 03334170

    Plaintiff,

v.

BRENT RUBENSAM,

    Defendant.

No. 5:24-CV-00053-H

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation (FCR) that this case should proceed, and the Court should enter a scheduling order as to Plaintiff's Fourteenth Amendment sexual assault claim against Defendant Brent Rubensam. Dkt. No. 26. No objections were filed. The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

As a result, the Court will enter a separate scheduling order, setting forth dates for pretrial deadlines and filing dispositive motions.

So ordered.

Dated October 2, 2025.

                                                        JAMES WESLEY HENDRIX
                                                        United States District Judge